# United States District Court

## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR218-14**

United States of America

vs.

**John Eugene Overcash**
**11:05 - 11:37**

Defendant/Age

**Greg Gilluly**
U. S. Attorney

**Ron Harrison**
Attorney for Defendant

☑ Plea agreement **(Received).**    ☑ Defendant Sworn    ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____.

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **one (1) and twenty-four (24)** of the indictment.

☑ Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis **S/A Kennedy**.

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **Late Date** at **TBD**.

☐ Bond Continued ___    Bond modified to _____.

Bond set at _____ _____

☑ Bond not made defendant in jail.

☑ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**    Date **01/15/2019**

Court Reporter **Debra Gilbert**    Probation Officer **Scot Riggs**

Courtroom Deputy Clerk **Whitney Sharp**    U.S. Marshal **Marty / Jason**